**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

|  |  |  |
|---|---|---|
| **LARENZO GLENN,  *ID # 1732823,*** | § § | |
| **Plaintiff,** | § § | |
| **v.** | § § | Civil Action No. 3:12-cv-411-O |
| **DANIEL ECKSTEIN,** | § § | |
| **Defendant.** | § § § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

Accordingly, Plaintiff's complaint is **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i). Such dismissal will count as a "strike" or "prior occasion" within the meaning of 28 U.S.C. § 1915(g).

**SO ORDERED** on this **10th day** of **April, 2012.**

_Reed O'Connor_
**Reed O'Connor**
**UNITED STATES DISTRICT JUDGE**